| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | Attorneys for Respondents |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DRAGISA VLADIC, | ) | |
| Petitioner, | ) | C 06-5285-MJJ |
| v. | ) | |
| | ) | **STIPULATION TO EXTEND ANSWER DATE**  AND ORDER |
| MICHAEL CHERTOFF, Secretary of Department of Homeland Security; ALBERTO GONZALES, U.S. Attorney General; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; DAVIS N. STILL, District Director of the United States Citizenship and Immigration Services, San Francisco District Office; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, | ) ) ) ) ) ) ) ) ) ) | |
| Respondents. | ) | |

The petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, to a 7-day extension of the deadline for the respondents' answer to the complaint.

STIPULATION TO EXTEND ANSWER DATE
C 06-5285                                                                 1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Date: October 30, 2006 | Respectfully submitted, |
| 5 | | KEVIN V. RYAN<br>United States Attorney |
| 6 | | |
| 7 | | /s/ |
| 8 | | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Respondents |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Date: October 30, 2006 | /s/<br>H. RONALD KLASKO |
| 13 | | Attorneys for Petitioner |



STIPULATION TO EXTEND ANSWER DATE
C 06-5285                                    2