KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DRAGISA VLADIC, | ) |
| Petitioner, | ) C 06-5285-MJJ |
| v. | ) |
| | ) **SECOND STIPULATION TO EXTEND ANSWER DATE** |
| MICHAEL CHERTOFF, Secretary of Department of Homeland Security; ALBERTO GONZALES, U.S. Attorney General; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; DAVIS N. STILL, District Director of the United States Citizenship and Immigration Services, San Francisco District Office; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, | ) AND ORDER |
| Respondents. | ) |

The petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 7-day extension of the deadline for the respondents' answer to the complaint in light of the possibility that this case might be administratively resolved.

SECOND STIPULATION TO EXTEND ANSWER DATE
C 06-5285                                                     1

| | | |
|---|---|---|
| Date: November 6, 2006 | | Respectfully submitted, |
| | | KEVIN V. RYAN<br>United States Attorney |
| | | /s/<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Respondents |
| Date: November 6, 2006 | | /s/<br>H. RONALD KLASKO<br>Attorneys for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 11/8/2006

_____
MARTIN J. JENKINS
United States District Judge

SECOND STIPULATION TO EXTEND ANSWER DATE
C 06-5285                                   2