| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DRAGISA VLADIC,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of Department of Homeland Security; ALBERTO GONZALES, U.S. Attorney General; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; DAVIS N. STILL, District Director of the United States Citizenship and Immigration Services, San Francisco District Office; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation,<br><br>        Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C 06-5285-MJJ<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    The petitioner, by and through his attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has agreed to adjudicate the petitioner's application for naturalization within 30 days of the dismissal of this action.

STIPULATION TO DISMISS; AND [PROPOSED] ORDER
C 06-5285-MJJ                              1

Date: November 7, 2006       Respectfully submitted,

                                                 KEVIN V. RYAN
                                                 United States Attorney

                                                 /s/
                                               EDWARD A. OLSEN
                                               Assistant United States Attorney
                                               Attorneys for Respondents

Date: November 7, 2006       /s/
                                               H. RONALD KLASKO
                                               Attorneys for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 8, 2006  _____
                                               MARTIN J. JENKINS
                                             United States District Judge